# Court of Appeals
# of the State of Georgia

ATLANTA,  August 04, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1430. CHRISTOPHER JONES v. CONSTANCE CANNON.**

We granted Christopher Jones's application for discretionary review of the trial court's "Order on Petitioner's Motion for New Trial." After careful review of the entire record in this case and Constance Cannon's motion to dismiss, we conclude that the application for discretionary review was improvidently granted. Accordingly, Cannon's motion to dismiss is hereby GRANTED, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/04/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*